JEAN TEMPLE, PETITIONER-PETITIONER, v. STORCH TRUCKING CO., RESPONDENT-RESPONDENT.

*Mr. Robert C. Gruhin* for the petitioner.

*Messrs. Toner, Crowley, Woelper & Vanderbilt* for the respondent.

April 25, 1955.   Denied.